**FILED**
AUG 18 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 14-cr-01207-GT |
| Plaintiff, | [PROPOSED] |
| v.<br>**URBANO LUIS-MARTINEZ,** | **ORDER TO CONTINUE SENTENCING** |
| Defendant. | |

Good cause appearing, **IT IS HEREBY ORDERED**, that the Sentencing Hearing currently set for August 25, 2014 at 9:30 a.m. be rescheduled to **September 25, 2014 at 9:30** a.m.

**SO ORDERED.**

Dated: 8/18/14

_____
**HONORABLE GORDON THOMPSON, JR.**
United States District Judge